# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136947 & (24)

In re ANGEL PETERSON

_____/

ANGEL PETERSON,
        Plaintiff-Appellant,

v

WAYNE CIRCUIT JUDGE,
        Defendant-Appellee.

SC: 136947
COA: 282794

_____/

      On order of the Court, the application for leave to appeal the June 20, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

d1020